# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

U.S. SECRETARY OF THE DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT,

    Plaintiff/Counter-Defendant,

v.

Case No. 19-cv-10463
Hon. Matthew F. Leitman

MONIQUE CARTER,

    Defendant/Counter-Plaintiff.

_____/

## ORDER DENYING MOTION TO DISMISS (ECF No. 6)

On February 10, 2020, the Court held a hearing on Counter-Defendant HUD's Motion to Dismiss (ECF No. 6). For the reasons stated on the record, the Court **DENIES WITHOUT PREJUDICE** HUD's motion. The parties shall proceed with the settlement framework as discussed on the record and keep the Court advised on their progress.

**IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: February 11, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764